**WINE AND SPIRITS SPECIALTIES, INC., Respondent,**

v.

**BERBIGLIA, INC., Appellant.**

**No. WD 46992.**

Missouri Court of Appeals, Western District.

Nov. 16, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 28, 1993.

Richard E. McFadin, Kansas City, for appellant.

Andrew C. Gately, Kansas City, for respondent.

Before HANNA, P.J., and LOWENSTEIN and FENNER, JJ.

### *ORDER*

PER CURIAM.

Appeal from judgment, after bench trial, for sums due, plus interest, on merchandise delivered.

Judgment affirmed. Rule 84.16(b).